# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**HERBERT G. ROLES, III #L4829** § **PETITIONER**
§
**v.** § **CAUSE NO. 1:09CV652 LG-RHW**
§
**JAQUELYN BANKS** § **RESPONDENT**

## JUDGMENT

This day this cause came on to be considered on Respondent's Motion to Dismiss [14], the issues having been duly heard and considered and a decision having been duly rendered by separate Order;

**IT IS THEREFORE ORDERED AND ADJUDGED** that Respondent's Motion to Dismiss [14] is **GRANTED**. Petitioner's 28 U.S.C. § 2254 habeas corpus petition is **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 22nd day of January, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE