# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **HERBERT G. ROLES, III #L4829** | § | **PETITIONER** |
| | § | |
| v. | § | **CAUSE NO. 1:09CV652 LG-RHW** |
| | § | |
| **JAQUELYN BANKS** | § | **RESPONDENT** |

## CERTIFICATE OF APPEALABILITY

A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2255, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

    X  A Certificate of Appealability should not issue. The applicant has failed to make a substantial showing of the denial of a constitutional right.

      A Certificate of Appealability should issue for the following specific issue(s):

**SO ORDERED AND ADJUDGED** this the 22nd day of January, 2010.

                                                          s/ *Louis Guirola, Jr.*
                                                          LOUIS GUIROLA, JR.
                                                          UNITED STATES DISTRICT JUDGE